1  EUGENE N. STUART III, ESQ. (Bar No.122531)
   ANDY CHU, ESQ. (Bar No. 221242)
2  LAW OFFICES OF CHU & STUART, LLP
   130 Sutter Street, 7th Flr.
3  San Francisco, California 94104
   (415) 371-1618
4
   XIA ZHAO, ESQ. (Bar No. 221100)
5  PACIFIC CROSSING LAW OFFICE
   4950 Hamilton Ave., Ste. 209
6  San Jose, CA 95130
   (408) 898-2535
7
   Attorneys for Defendant
8  UNION CHINESE RESTAURANT, INC.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12  RICK FUTIA                    )   CASE NO. C 07-5884
                                  )
13          Plaintiff,            )   **STIPULATION TO EXTEND TIME TO**
                                  )   **RESPOND TO THE COMPLAINT**
14  vs.                           )
                                  )
15  UNION CHINESE RESTAURANT,     )
    INC.,                         )
16                                )
                                  )
17          Defendant.            )

18
        IT IS HEREBY STIPULATED by and between the parties hereto through their respective
19
    attorneys of record that the time for Defendant to respond to Plaintiff's Complaint is extended by
20
    45 days until **March 13, 2008**.
21

22  Dated:  January 25, 2008                    Dated:  January 25, 2008

23  _____                   _____
24  THOMAS N. STEWART III                       EUGENE N. STUART III
    Attorney for Plaintiff                      Attorney for Defendant
25  RICK FUTIA                                  UNION CHINESE RESTAURANT, INC.

26

27

28
                                                 1
Law Offices of
Chu & Stuart, LLP    **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**
130 Sutter St, 7th Flr.
San Francisco, CA

stipulation.wpd