EUGENE N. STUART III, ESQ. (Bar No.122531)
ANDY CHU, ESQ. (Bar No. 221242)
LAW OFFICES OF CHU & STUART, LLP
130 Sutter Street, 7th Flr.
San Francisco, California 94104
(415) 371-1618

XIA ZHAO, ESQ. (Bar No. 221100)
PACIFIC CROSSING LAW OFFICE
4950 Hamilton Ave., Ste. 209
San Jose, CA 95130
(408) 898-2535

Attorneys for Defendant
UNION CHINESE RESTAURANT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION CHINESE RESTAURANT, INC.,<br><br>    Defendant. | CASE NO. C 07-5884<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

The parties to this action previously stipulated to an extension of time for Defendant to respond to the complaint to allow time for Plaintiff's expert, Kim R. Blackseth, to complete his report on the ADA inspection of the subject premises. It is the intent of the parties to file a joint settlement agreement with the Court. Unfortunately, Mr. Blackseth has been hospitalized for the last 2 ½ months. Mr. Blackseth was recently released from the hospital, and of course has a backlog of work. It is the Plaintiff's understanding that the report on Union Chinese Restaurant should be produced in about a month (approximately April 11, 2008).

//

Law Offices of
Chu & Stuart, LLP
130 Sutter St, 7th Flr.
San Francisco, CA

1

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

stipulation2.wpd

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2  attorneys of record that the time for Defendant to respond to Plaintiff's Complaint is extended by
3  45 days until **April 28, , 2008.**

4  Dated: March 11, 2008

Dated: March 11, 2008

THOMAS N. STEWART III
Attorney for Plaintiff
RICK FUTIA

EUGENE N. STUART III
Attorney for Defendant
UNION CHINESE RESTAURANT, INC.

Law Offices of
Chu & Stuart, LLP
130 Sutter St, 7th Flr.
San Francisco, CA

2
STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

stipulation2.wpd