THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  C 07-5884 PVT |
| Plaintiff, | NOTICE OF NEED FOR MEDIATION |
| v. | |
| UNION CHINESE RESTAURANT, INC., | |
| Defendants. | |
| _____/ | |

Plaintiff hereby gives Notice of Need for Mediation.

April 21, 2008


S/Thomas N. Stewart, III
Attorney for Plaintiff


C 07-5884 PVT                                1