1  EUGENE N. STUART III, ESQ. (Bar No. 122531)
   ANDY CHU, ESQ. (Bar No. 221242)
2  LAW OFFICES OF CHU & STUART, LLP
   130 Sutter Street, 7th Flr.
3  San Francisco, California 94104
   (415) 371-1618
4

5  XIA ZHAO, ESQ. (Bar No. 221100)
   PACIFIC CROSSING LAW OFFICE
   4950 Hamilton Ave., Ste. 209
6  San Jose, CA 95130
   (408) 898-2535
7

   Attorneys for Defendant
8  UNION CHINESE RESTAURANT, INC.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 RICK FUTIA                      )  CASE NO. C 07-5884
                                   )
13          Plaintiff,             )  STIPULATION TO EXTEND TIME TO
                                   )  RESPOND TO THE COMPLAINT
14 vs.                             )
                                   )
15 UNION CHINESE RESTAURANT,       )
   INC.,                           )
16                                 )
                                   )
17          Defendant.             )
                                   )
18

19     The parties to this action previously stipulated to an extension of time for Defendant to

20 respond to the complaint to allow time for Plaintiff's expert, Kim R. Blackseth, to complete his

21 report on the ADA inspection of the subject premises. The report has been completed and is being

22 reviewed by defendants and their counsel. It is anticipated that estimates for having the work

23 completed will be available within one to two weeks, at which time the parties will jointly file a

24 settlement pleading. The parties previously stipulated to extend the defendant's response time to

25 April 28, 2008.

26 //

27 //

28 //

                                               1
Law Offices of
Chu & Stuart, LLP    STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT
130 Sutter St, 7th Flr.
San Francisco, CA

stipulation3.wpd

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2  attorneys of record that the time for Defendant to respond to Plaintiff's Complaint is extended by
3  until **May 14, 2008.**

4  Dated: April 24, 2008                                    Dated:  April 24, 2008

6  _____                               _____
   THOMAS N. STEWART III                                    EUGENE N. STUART III
7  Attorney for Plaintiff                                   Attorney for Defendant
   RICK FUTIA                                               UNION CHINESE RESTAURANT, INC.
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices of
Chu & Stuart, LLP
130 Sutter St, 7th Flr.
San Francisco, CA

2

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

stipulation3.wpd